UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA :
:
v. : CASE No. 8:05-M-214TGW
:
FAREEDAH AYESHA ELLIS :
_____:

ORDER

THIS CAUSE came on to be heard at the time of the defendant's initial appearance. Bail was set on the warrant in the amount of $25,000, with a ten percent cash deposit. The cash deposit requirement has not been imposed because that conditions does not seem warranted. Thus, neither the defendant nor her family members will be able to make such a cash deposit. On the other hand, the defendant's husband and mother are prepared to sign a personal surety bond. Moreover, the guidelines in this case apparently call for a guideline range of zero to six months. Under these circumstances, imposing a condition that could result in the defendant being detained is not reasonable.

IT IS SO ORDERED.

DONE and ORDERED at Tampa, Florida, this 21st day of April, 2005.

_____
THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE